```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
                        - - -

LAMAR WRIGHT,                  )
              Plaintiff,       ) Case No.
         -vs-                  ) 1:17-cv-02503
CITY OF EUCLID, et al.,        ) Judge Nugent
              Defendants.      )
                 - - - o0o - - -
```

Deposition of SERGEANT CRAIG MUROWSKY, a witness herein, being called by the Plaintiff as if upon cross-examination under the statute, and taken before Angelika P. Shane, a Notary Public within and for the State of Ohio, pursuant to agreement of counsel, on Wednesday, the 15th day of August, 2018, at 10:36 a.m., at the offices of Friedman & Gilbert, 55 Public Square, Cleveland, Ohio.

```
                 - - - o0o - - -
```

Exhibit D

1  **Q   Are there any situations where an**
2  **individual is arrested by a Euclid police**
3  **officer and not turned over to Cuyahoga**
4  **County custody?**
5  A   The only situation would be if we were
6  to arrest somebody on a warrant for a
7  different community, and then we arrange
8  what's called a warrant transfer or a
9  warrant pickup and we'll meet that agency at
10 a specific location and turn over custody.
11 **Q   Are there ever times when a Euclid**
12 **police officer arrests a person and that**
13 **person is not put through the booking**
14 **process and the custody transferred to the**
15 **county, but instead is released after the**
16 **arrest?**
17 A   Like a cite and release?  Is that what
18 you're saying?
19 **Q   Sure.  Does the Euclid Police**
20 **Department do cite and release?**
21 A   Yes.  It's not a physical arrest,
22 though.  I mean, it is, but we don't really
23 take custody.
24 **Q   What is the difference between a**
25 **physical arrest and a cite and release?**

1　A　　Physical arrest is when we bring them
2　into the facility and have them booked and
3　post a bond.
4　　　　A cite and release type situation is
5　where they write out a citation, give them a
6　court date and release them.
7　**Q　　And what are the parameters for**
8　**determining whether a person will be**
9　**subjected to a physical arrest or a cite and**
10　**release?**
11　A　　Issues concerning identity maybe, if
12　we're not 100 percent sure of who the
13　individual is, the circumstances around the
14　arrest.  Basically discretionary to whoever
15　the officer in charge is at the time of the
16　arrest.
17　**Q　　Does the officer making the arrest**
18　**exercise any discretion in determining**
19　**whether a physical arrest occurs?**
20　A　　Yes.
21　**Q　　And you mentioned the circumstances**
22　**around the arrest as being part of that**
23　**determination, right?**
24　A　　Correct.
25　**Q　　Tell me more about what you mean, how**

| | |
|---|---|
| 1 | CERTIFICATE |

THE STATE OF OHIO,      )
                        ) SS:
COUNTY OF CUYAHOGA.      )

    I, Angelika P. Shane, a Notary Public within and for the state of Ohio, duly commissioned and qualified, do hereby certify that the within-named witness, SERGEANT CRAIG MUROWSKY, was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth in the cause aforesaid; that the testimony then given by the above-referenced witness was by me reduced to stenotype in the presence of said witness; afterwards transcribed, and that the foregoing is a true and correct transcription of the testimony so given by the above referenced witness.

    I do further certify that this deposition was taken at the time and place in the foregoing caption specified and was completed without adjournment.

1    I do further certify that I am not a
2  relative, counsel or attorney for either
3  party, or otherwise interested in the
4  event of this action.
5    IN WITNESS WHEREOF, I have hereunto set
6  my hand and affixed my seal of office at
7  Cleveland, Ohio, this 8th day of October,
8  2018.

*[Signature: Angelika P. Shane]*

_____

Angelika P. Shane, Notary Public
Within and for the State of Ohio
My commission expires 6/21/20


- - - oOo - - -