Case: 1:17-cv-02503-DCN Doc #: 25 Filed: 02/01/19 2 of 139. PageID #: 1094

Deposition of Sergeant Craig Murowsky     Lamar Wright, vs. City of Euclid, et al,

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
                          EASTERN DIVISION
                              - - -

   LAMAR WRIGHT,                  )
               Plaintiff,         ) Case No.
        -vs-                      ) 1:17-cv-02503
   CITY OF EUCLID, et al.,        ) Judge Nugent
               Defendants.        )
                        - - - oOo - - -
```

Deposition of SERGEANT CRAIG MUROWSKY, a witness herein, being called by the Plaintiff as if upon cross-examination under the statute, and taken before Angelika P. Shane, a Notary Public within and for the State of Ohio, pursuant to agreement of counsel, on Wednesday, the 15th day of August, 2018, at 10:36 a.m., at the offices of Friedman & Gilbert, 55 Public Square, Cleveland, Ohio.

                - - - oOo - - -

Exhibit G

1　A　Not too often.

2　Q　**It's a rare event, right?**

3　A　Yes.

4　Q　**And why do you think that is?**

5　A　I don't know. I mean, with the Taser
6　use, a lot of times it's a very dynamic
7　situation, especially involving this
8　incident here. It's very dynamic.

9　　　One officer may have a different
10　mindset full of options than another
11　officer, but if they perceive a threat at
12　the same time, they're going to use that use
13　of force.

14　Q　**Is there any danger to a subject or**
15　**suspect if OC and Taser are deployed against**
16　**them at the same time, any increased danger**
17　**rather than if only one was used?**

18　A　I don't believe so. The OC that we
19　carry is nonflammable. That would be the
20　only thing that I could really think that
21　would cause any type of a reaction.

22　Q　**In your mind as a reviewing officer in**
23　**charge, does this layered use of force**
24　**constitute a greater level of force used**
25　**than if just one or the other, if the OC or**

Case: 1:17-cv-02503-DCN Doc #: 25 Filed: 02/01/19 120 of 139. PageID #: 1212

Deposition of Sergeant Craig Murowsky — Lamar Wright, vs. City of Euclid, et al,

1   I do further certify that I am not a
2   relative, counsel or attorney for either
3   party, or otherwise interested in the
4   event of this action.
5   IN WITNESS WHEREOF, I have hereunto set
6   my hand and affixed my seal of office at
7   Cleveland, Ohio, this 8th day of October,
8   2018.

*[signature]*

Angelika P. Shane, Notary Public
Within and for the State of Ohio
My commission expires 6/21/20

- - - oOo - - -