IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAMAR WRIGHT, | ) CASE NO. 1:17 CV 2503 |
| Plaintiff, | ) |
| v. | ) JUDGE DONALD C. NUGENT |
| CITY OF EUCLID, *et al.*, | ) |
| Defendants. | ) **JUDGMENT ORDER** |

This matter is before the Court the Motion for Summary Judgment of Defendants, on City of Euclid, Euclid Police Officer Kyle Flagg, and Euclid Police Officer Vashon Williams. (ECF #19). Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant has petitioned the Court for summary judgment dismissing all of Plaintiff's claims. For the reasons set forth in this Court's Memorandum and Opinion, the Defendant's Motion for Summary Judgment (ECF #19) is hereby GRANTED. Judgment is entered in favor of the Defendants on all claims, and this case is terminated. IT IS SO ORDERED.

/s/ Donald C. Nugent
Judge Donald C. Nugent
United States District Judge

Date:   May 7, 2019