UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

---

No: 19-3452

---

Filed: July 10, 2020

LAMAR WRIGHT

    Plaintiff - Appellant

1:17cv2503 - DCN

v.

CITY OF EUCLID, OH; KYLE FLAGG; VASHON WILLIAMS

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/18/2020 the mandate for this case hereby issues today.   Affirmed in part, Reversed in part and Remanded.

COSTS: None