UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAMAR WRIGHT, | ) CASE NO.: 1:17-CV-02503 |
| Plaintiff, | ) JUDGE: DONALD C. NUGENT |
| vs. | ) **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| CITY OF EUCLID, et al., | ) |
| Defendants | ) |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendants City of Euclid, Officer Kyle Flagg, and Officer Vashon Williams. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

    IT IS SO ORDERED.

                                                    JUDGE DONALD C. NUGENT

*s/Jacqueline C. Greene*
JACQUELINE C. GREENE (0092733)
SARAH GELSOMINO (0084340)
TERRY H. GILBERT (0021948)
Friedman & Gilbert
50 Public Square, Suite 1900
Cleveland, OH 44113-2205
T: (216) 241-1430
F: (216) 621-0427
Email: jgreene@f-glaw.com
      sgelsomino@f-glaw.com
      tgilbert@f-glaw.com

*Counsel for Plaintiff Lamar Wright*

*s/John D. Pinzone*
JOHN D. PINZONE (0075279)
Mazanec, Raskin & Ryder Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:  jpinzone@mrrlaw.com

*Counsel for Defendants City of Euclid,*
*Euclid Police Officer Kyle Flagg, #61, and*
*Euclid Police Officer Vashon Williams, #9*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2020, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> *s/Jacqueline C. Greene*
> JACQUELINE C. GREENE
> *Counsel for Plaintiff Lamar Wright*