UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAMAR WRIGHT | ) | CASE NO. : 1:17 CV 2503 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| CITY OF EUCLID, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Counsel in the above captioned case stipulate that this matter has been settled and may be dismissed, with prejudice, as against Defendants City of Euclid, Officer Kyle Flagg, and Officer Vashon Williams. The parties have filed a Joint Stipulation for Dismissal (ECF #56). Accordingly, this action is DISMISSED WITH PREJUDICE. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order.

IT IS SO ORDERED.

_____
DONALD C. NUGENT

DATED: December 28, 2020